PIONEER LABORATORIES, INC. (doing business as Pioneer Surgical Technology), Plaintiff–Appellee,

v.

STRYKER CORP. and Howmedica Osteonics Corp., Defendants–Appellants.

No. 06–1142.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2006.

Rehearing and Rehearing En Banc Denied Oct. 6, 2006.

Before MAYER, BRYSON, and LINN, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.